**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6760**

---

THERON JOHNNY MAXTON,

Plaintiff - Appellant,

versus

ANN ASKINS, Nurse at Kirkland Correctional
Institution; F. WILLIAMS, Nurse at Kirkland
Correctional Institution,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior
District Judge. (CA-96-782-3-6BC)

---

Submitted: July 25, 1996          Decided: August 12, 1996

---

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Theron Johnny Maxton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (1988) complaint for failing to comply with a pre-filing injunction. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Maxton v. Askins</u>, No. CA-96-782-3-6BC (D.S.C. Apr. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2